FILED
2017 Nov-09 PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| ANTONIO HEAD, | } |
| Plaintiff, | } |
| v. | } Case No.: 7:14-cv-01788-HNJ |
| CARY BAISDEN, et al., | } |
| Defendants. | } |

### ORDER

This case is before the court on the Magistrate Judge's June 29, 2017 Report and Recommendation (Doc. # 32) and Defendant Cary Baisden's Objections to the Report and Recommendation (Doc. # 33). For the reasons explained in the Memorandum Opinion entered with this Order, Defendant Baisden's objections to the Report and Recommendation are **SUSTAINED IN PART** with regard to Plaintiff's outrage claim and **OVERRULED IN PART** with regard to all other claims. The Magistrate Judge's Report and Recommendation is **ADOPTED IN PART** and in all respects, except for the recommendation regarding the outrage claim. Accordingly, the court **GRANTS** the Motions to Dismiss filed by Defendants Stephen D. Anderson and the City of Tuscaloosa. (Doc. # 25). The claims against Defendants Anderson and City of Tuscaloosa are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim. Defendant Baisden's Motion to Dismiss (Doc. # 25) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's outrage claim against Baisden is **DISMISSED WITH PREJUDICE** for failure to state a claim. In all other respects, Baisden's Motion to Dismiss is **DENIED**.

This dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against the remaining Defendant.

**DONE** and **ORDERED** this November 9, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE